JANUARY, 2011 - VARIOUS CH. 13's

WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

**S.J. BEAULIEU, JR.**
CHAPTER 13 TRUSTEE
433 METAIRIE ROAD, SUITE 307
METAIRIE, LA 70005

SunTrust Bank
MEMPHIS, TN

64-79/611     0634051

January 26, 2011

PAY  Exactly Two Thousand Seven Hundred Two And 82/100 Dollars

$******2,702.82

TO THE ORDER OF
UNITED STATES BANKRUPTCY COURT
STE B-601
500 POYDRAS ST
NEW ORLEANS, LA 70130

VOID AFTER 90 DAYS

VOID VOID VOID
S.J. Beaulieu Jr.

⑈0634051⑈ ⑆061100790⑆ 8800517495⑈

RUB OR BREATHE ON THE PINK LOCK & KEY ICONS - COLOR WILL FADE AND RETURN ON AN AUTHENTIC CHECK - IF COLOR DOES NOT FADE DO NOT ACCEPT

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 228151    - KW
** C O P Y **
January 31, 2011
13:55:36

TREASURY REGFUND
Debtor.: VARIOUS CH. 13 CASES
Amount.:          $2,702.82 CH
Check#.: 0634051

Total-> $2,702.82

FROM: BEAULIEU

1/31/11
DEPOSIT TO 6047BK
DUE:
VARIOUS CLAIMANTS

BK#16

CVogel

The attached check represents payments found to be unclaimed or undeliverable, and will be deposited into the registry of the court.

Registry Check #634051

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 04-16682 | DAVIS SR, CLEVELAND DAVID<br>DAVIS, KISHA SHERILLE<br>4950 CORSICA PL<br>NEW ORLEANS LA 70129 | 62.93 | FORD MOTOR CREDIT CO<br>PO BOX 11407<br>BIRMINGHAM AL 35246 |
| 05-10780 | JOHNSON, ROBERT F<br>JOHNSON, PATRICIA L<br>PO BOX 1893<br>HAMMOND LA 70401 | 15.89 | KIRSCHMANS<br>5050 ALMONASTER RD<br>NEW ORLEANS LA 70126 |
| 05-11424 | SKIDMORE, HARROL JOSEPH<br>SKIDMORE, DEOLA BARBARA<br>324 LEE DR<br>THIBODAUX LA 70301 | 923.82 | OSI PORTFOLIO SERVICES<br>BANKRUPTCY DEPARTMENT<br>PO BOX 105460<br>ATLANTA GA 30348 |
| 05-11424 | SKIDMORE, HARROL JOSEPH<br>SKIDMORE, DEOLA BARBARA<br>324 LEE DR<br>THIBODAUX LA 70301 | 687.02 | FIRST AMERICAN INVESTMENT<br>STE 11<br>2805 WEHRLE DR<br>WILLIAMSVILLE NY 14221 |
| 05-12785 | POUNDS, JESSIE MAE<br>PO BOX 634<br>KENTWOOD LA 70444 | 82.36 | OSI PORTFOLIO SERVICES<br>BANKRUPTCY DEPARTMENT<br>PO BOX 105460<br>ATLANTA GA 30348 |
| 05-12785 | POUNDS, JESSIE MAE<br>PO BOX 634<br>KENTWOOD LA 70444 | 196.89 | HEILIG MEYERS MASTER TRUST<br>BK DEPT<br>PO BOX 105460<br>ATLANTA GA 30348 |
| 09-10484 | TRICHE, PATRICIA M<br>6913 GLENN ST<br>METAIRIE LA 70003 | 733.91 | JEFFERSON PARISH ASSESSORS OFFICE<br>STE 1200<br>200 DERBIGNY ST<br>GRETNA LA 70053 |

$2,702.82